# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON M. KLIMKOWSKI, | ) CIVIL DIVISION |
| | ) |
| Plaintiff, | ) No: 07-0087 |
| | ) |
| vs. | ) |
| | ) United States District Judge Gary L. |
| BOROUGH OF ECONOMY; CHAD E. | ) Lancaster |
| LIVELY, individually and officially, | ) |
| CHRISTOPHER J. FOLEY, individually and | ) **ELECTRONICALLY FILED** |
| officially, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, this _15_ day of _Feb_____, 2008, upon consideration of the Stipulation of Dismissal filedb y the parties, the same is hereby GRANTED, and the above-captioned matter is hereby dismissed, with prejudice.

BY THE COURT:

_____
United States DistrictJ udge Gary L. Lancaster

12/585940.v1